Charles J. HAASE et al. v. FARELLY LAKE LEVEE DIST. et al. (Circuit Court of Appeals, Eighth Circuit. June 16, 1923.) No. 6295. Appeal from the District Court of the United States for the Eastern District of Arkansas. Powell Clayton and Louis M. Cohn, both of Little Rock, Ark., for appellants. G. B. Rose, D. H. Cantrell, and J. F. Loughborough, all of Little Rock, Ark., for appellees.

PER CURIAM. Appeal dismissed, with costs, per stipulation of parties.

---

Nettie HENDREE et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 8, 1923.) No. 5840. In Error to the District Court of the United States for the Eastern District of Missouri. Verne Lacy and Edward Raithel, both of St. Louis, Mo., for plaintiffs in error. Vance J. Higgs, Sp. Asst. Atty. Gen., for the United States.

PER CURIAM. Submission set aside, and writ of error dismissed, without costs to either party in this court, on motion of plaintiffs in error.

---

John HENDRIX v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. October 6, 1923.) No. 3967 In Error to the District Court of the United States for the Northern District of Georgia; William I. Grubb, Judge. C. C. Hornbuckle, of Atlanta, Ga., for plaintiff in error. John W. Henley and C. P. Goree, Asst. U. S. Attys., both of Atlanta, Ga. Before WALKER and BRYAN, Circuit Judges.

PER CURIAM. The judgment is affirmed.

---

HIAWATHA LUMBER CO. v. FIRST NAT. BANK OF EUGENE, ORE. (Circuit Court of Appeals, Eighth Circuit. August 31, 1923.) No. 6449. In Error to the District Court of the United States for the Western District of Oklahoma. C. B. Ames, Russell G. Lowe, and D. A. Richardson, all of Oklahoma City, Okl., for plaintiff in error. J. R. Keaton, Frank Wells, and D. I. Johnston, all of Oklahoma City, Okl., for defendant in error.

PER CURIAM. Writ of error docketed and dismissed, with costs, on motion of plaintiff in error and consent of defendant in error.

---

JEROME HARDWOOD LUMBER CO. v. FERD BRENNER LUMBER CO. (Circuit Court of Appeals, Eighth Circuit. May 7, 1923.) No. 6265. In Error to the District Court of the United States for the Eastern District of Arkansas. G. B. Rose, D. H. Cantrell, J. F. Loughborough, and A. W Dobyns, all of Little Rock, Ark., for plaintiff in error. A. L. Burford, of Texarkana, Ark., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, per stipulation of parties.

---

M. H. W. LEWIS v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. October 6, 1923.) No. 4045. In Error to the District Court of the United States for the Northern District of Georgia; Samuel H. Sibley, Judge. Henry W. McLarty, of Atlanta, Ga. (Lawton Nalley, of Atlanta, Ga., on the brief), for plaintiff in error. J. W. Henley and C. P. Goree, Asst. U. S. Attys., both of Atlanta, Ga. Before WALKER and BRYAN, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. The judgment is affirmed.